## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Todd Allen Stafford | Mag. Judge: | Maarten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-10-JMB | 2/7/2024 | 3:00 pm - 3:15 pm | Marquette | |

**APPEARANCES:**

| Government: Theodore Greeley | Defendant: Timothy Quinnell | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, 3 Counts | Read __ <br> Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute     __ nolo contendre
  - __ not guilty     __ guilty
- __ Initial Pretrial Conference
- __ Detention     (waived __)
- __ Preliminary     (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Telephonic Status Conference

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered     __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Defense counsel advised that Defendant's husband is attempting to post the cash bond in the state district court. He also advised that he will be filing a pretrial motion/motion in limine on the issue of mistaken age of the victim.
The detention hearing will go forward on Friday, Feb. 9 at 11:00 a.m. and counsel were advised that this case will be the first one on the docket on March 11, 2024.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:     __Yes  __No
Defendant informed of right to appeal:     __Yes  __No
Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ _____ |

**CASE TO BE:**     **TYPE OF HEARING:**

**Reporter/Recorder:**     Digitally Recorded on the Bridgeline     **Courtroom Deputy:**     C. Moore