UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　No. 2:23-CR-10

v.　　　　　　　　　　　　　　　　　　　Hon. JANE M. BECKERING
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

TODD ALLEN STAFFORD,
    Defendants.
_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by United States Attorney Mark A. Totten and Assistant United States Attorneys Theodore J. Greeley and Hanna L. Rutkowski, submits the following proposed exhibit list for the trial set to begin on March 11, 2024. The government reserves the right to add any additional exhibits in its discretion. The proposed witness list below also does not include potential rebuttal exhibits and/or exhibits necessary to refresh recollections or impeach a witness.

| Exhibit | Description |
|---|---|
| 1 | Emails between Defendant and Minor from Minor's phone |
| 2 | Emails between Defendant and Minor's father/IMPD |
| 3 | Text messages between Defendant and Minor's father/IMPD |
| 4 | Defendant Phone #1 |
| 5 | Defendant Phone #2 |
| 6 | Picture of Minor from Defendant's Phone |
| 7 | Reservation from Defendant's Phone |
| 8 | Mt. Host Receipt April |
| 9 | Mt. Host Receipt July 1 |
| 10 | Mt. Host Receipt July 21 |
| 11 | Verizon Subscriber Information |
| 12 | T-Mobile Subscriber Information |
| 13 | T-Mobile Call Detail and Cell-site Location Records |

| | |
|---|---|
| 14 | CAST Report |
| 15 | Mt. Host Picture |
| 16 | Red Bag |
| 17a-n | Photographs of Todd Stafford's Vehicle, Its Contents, and Items Found on His Person |
| 18 | Video of Red and Black Bags Being Dropped Off |
| 19a-z | Photographs of Red and Black Bags and Their Contents |
| 20 | Squirt.org Screenshots |
| 21 | Kinky Kay Squirt Account Information |
| 22 | Stafford Squirt Account Information |
| 23 | Emails between [Minor name]thebench@gmail.com and Manchris14 |
| 24 | Emails between Redacted m0n@gmail.com and ManChris14 |
| 25 | Emails between [Minor name].rj06@gmail.com and ManChris14 |
| 26 | Summary Exhibit of Emails |
| 27 | Dildo |
| 28 | Handi-pop |
| 29 | Anal-ese |
| 30 | Saline Enema |
| 31 | Butt Plug |
| 32 | Astroglide |
| 33a-r | Photographs from Baileys Harbor Search Warrant |
| 34 | Nail Polish Remover |
| 35 | Map of City Park |
| 36 | 1B1 Device Information from Extraction |
| 37 | Call Regarding Red Bag 7:40 – 8:14 |
| 38 | 1B2 Device Information from Extraction |

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated:  March 6, 2024         /s/ Theodore J. Greeley
THEODORE J. GREELEY
HANNA L. RUTKOWSKI
Assistant United States Attorney
1930 US Hwy 41 W, 2d Floor
Marquette, MI  49855
(906) 226-2500