UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                           No. 2:23-CR-10

v.                                                       Hon. JANE M. BECKERING
                                                            U.S. District Judge

TODD ALLEN STAFFORD,

      Defendants.
_____/

## GOVERNMENT'S POSITION REGARDING THE JOINT PROPOSED JURY INSTRUCTIONS

      For the reasons stated in the government's trial brief (R.56, Tr. Br., PageID.138–39), the government does not believe the Court should give the affirmative defense instruction at page 22 of the Joint Proposed Jury Instructions. (R.84, Jt. Proposed JI, PageID.234.) The government otherwise believes that the Joint Proposed Jury Instructions are complete, accurately state the law, and do not need to be supplemented.

                                                       Respectfully submitted,

                                                       MARK A. TOTTEN
                                                     United States Attorney

Dated: March 8, 2024           /s/ Theodore J. Greeley
                                                     THEODORE J. GREELEY
                                                   HANNA L. RUTKOWSKI
                                                   Assistant United States Attorney
                                                   1930 US Hwy 41 W, 2d Floor
                                                   Marquette, MI  49855
                                                   (906) 226-2500