IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v

TODD ALLEN STAFFORD,
    Defendant.

File No.  2:23-CR-10
Hon. Jane M. Beckering
U.S. District Judge

## DEFENDANT'S AMENDED EXHIBIT LIST

DEFENDANT submits this as his amended exhibit list.  Additional exhibits may be added by Defendant in the course of the progression of the case with notice of any additions to be given to the attorney for the government.  The exhibits submitted to chambers on February 29, 2024 are not color copies.  They will be supplemented with color copies when same come available.  Counsel believes this can be completed on March 11, 2024 so they are ready when the Government rests.

| Exhibit | Description |
| --- | --- |
| A | FHD Performed in 2023 |
| B | US Navy Funeral Honors Request for July 21, 2023 |
| C | US Navy Funeral Honors Request for July 22, 2023 |
| D | US Navy Funeral Honors Request for July 1, 2023 |
| E | US Navy Funeral Honors Request for July 2, 2023 |
| F | US Navy Funeral Honors Request for April 29, 2023 |
| G | Squirt.org profile for Kinkykay |
| H | Squirt.org terms and conditions of use agreement |
| I | Squirt.org sign up page |
| J | Medical Records dated 10-19-2021 |
| K | Medical Records dated 4-29-2022 |
| L | Medical Records dated 7-29-2022 |
| M | Medical Records dated 2-6-2023 |

Dated: March 10, 2024

/s/ Timothy C. Quinnell
Timothy C. Quinnell P41677
Attorney for Defendant
QUINNELL LAW FIRM, PLLC
419 W. Washington Street
Marquette, MI  49855
906-228-3650