UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
CRIMINAL MINUTE SHEET

| USA v. Todd Allen Stafford | | | | DISTRICT JUDGE: Jane M. Beckering |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 2:23-cr-10 | 3/11/2024 | 8:08-8:28A;9:04-11:03A; 11:22-12:42P; 1:39-3:31P; 3:45-5:07P | Marquette | |

**APPEARANCES**

| Government: Theodore Joseph Greeley, Hanna Rutkowski | Defendant: Timothy C. Quinnell | Counsel Designation: Retained |
|---|---|---|

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| __ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>  __ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: __ Yes   __ No<br>Defendant informed of right to appeal: __ Yes   __ No<br>Counsel informed of obligation to file appeal: __ Yes   __ No<br>Conviction Information:<br>  Date: _____<br>  By: _____<br>  As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Day 1 of jury trial; Jury selection completed; Government began to present its case.

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Genevieve Hamlin | **Case Manager:** R. Wolters |

USA v.   Todd Allen Stafford
Case No.:   2:23-cr-10
Date:   3/11/2024

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| X | | Ashley Jones |
| X | | Robert Johnson |
| X | | Ben Hellman |
| X | | Jeffrey Solka |
| X | | Karla Lehmann |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| X | | | 19N, 19U, 6, 7, 11, 12, 13, 16, 19A-19Z, 23-32, 34, 39-41, 1, 2, 3, 3A, 15, 35, 17A-N, 4, 5 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**