UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD ALLEN STAFFORD,

    Defendant.
_____/

Case No. 2:23-cr-10

HON. JANE M. BECKERING

**ORDER**

In accordance with the Bench Opinion issued by the Court on March 14, 2024:

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that pursuant to 21 U.S.C. § 853, the Apple iPhone 13 mini (Government Trial Exhibit 5) shall be forfeited.

**IT IS FURTHER ORDERED**, for the reasons stated on the record, that pursuant to 21 U.S.C. § 853, the Apple iPhone 13 mini (Government Trial Exhibit 4) shall not be forfeited.

**IT IS FURTHER ORDERED** that the government shall submit, <u>no later than 14 days from the date of this Order</u>, a proposed preliminary order requiring forfeiture of the Apple iPhone 13 mini (Government Trial Exhibit 5), consistent with this Court's ruling.

Dated: March 14, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge