**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.   Todd Allen Stafford | **DISTRICT JUDGE:**   Jane M. Beckering |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-10 | 7/17/2024 | 10:02 AM - 10:50 AM; 10:56 AM - 11:38 AM | Marquette | |

### APPEARANCES

| Government:  Theodore Joseph Greeley | Defendant:  Timothy C. Quinnell, Britt M Cobb | Counsel Designation:  Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>___mute        ___nolo contendre<br>___not guilty        ___guilty<br>__ Final Pretrial Conference<br>__ Detention        (waived   __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other:<br>Judgment | Charging Document:<br>__ Read        __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment:  156 Months, concurrent<br>Probation: _____<br>Supervised Release: 5 Years, concurrent<br>Fine: $ Waived<br>Restitution: $ _____<br>Special Assessment: $ 300.00 | Plea Agreement Accepted:  __Yes __No<br>Defendant informed of right to appeal:  ✓ Yes __No<br>Counsel informed of obligation to file appeal:  ✓Yes __ No<br>Conviction Information:<br>   Date:  3/14/2024<br>   By:  Jury Trial<br>   As to Count (s):  1-3 |

**ADDITIONAL INFORMATION:**
JVTA Assessment: $15,000.00

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Genevieve Hamlin | **Case Manager:**   R. Wolters |